**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

SAM A. KENNEDY                                    CIVIL ACTION NO. 24-0396

VERSUS                                            JUDGE ALEXANDER C. VAN HOOK

VILLAGE OF DELTA                                  MAGISTRATE JUDGE McCLUSKY

## ORDER

Considering the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Summary Judgment, Record Document 37, filed by defendant, Village of Delta, is **GRANTED**. All federal claims of plaintiff, Sam A. Kennedy, filed against defendant are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all of plaintiff's state law claims against defendant are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 26th day of May, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE